UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:14-bk-10901-CCJ

Chapter 7

PILLAY, RONALD

Debtor(s)
_____/

PROOF OF SERVICE

I hereby certify that on February 3, 2015, a true and correct copy of the Order Granting Trustee's Motion to Extend Time to File a Complaint Objecting to Discharge (Doc. No. 23) has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to the following:

Copies furnished to:
Carla Musselman, Trustee, 1619 Druid Rd, Maitland, FL 32751
Debtor, Ronald Pillay, PO Box 421047, Kissimmee, FL 34742
Debtor Attorney, James Scott Mills, Kaufman, Englett and Lloyd, 150 N Orange Avenue, Suite 100, Orlando, FL 32801
United States Trustee Office, Attn; Mr. Charles Sterbach, Assistant United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801

Dated: February 3, 2015

/s/ Carla Musselman, Trustee

Carla Musselman, Trustee
1619 Druid Road
Maitland, FL  32751
Office:  (407) 657-4951