UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                          Case No. 6:14-bk-10901-CCJ
                                                                Chapter 7

RONALD PILLAY,

            Debtor(s).
_____/

**PROOF OF SERVICE**

        I HEREBY CERTIFY that on February 13, 2015, a copy of the Order Approving Trustee's Application for Order Authorizing Employment of Attorney, *nunc pro tunc* to January 22, 2015 (Doc. No. 29), has been furnished via:

*Electronic Transmission to:*

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
Chapter 7 Trustee, Carla P. Musselman, 1619 Druid Road, Maitland, FL 32751
James Scott Mills, Kaufman, Englett & Lynd, 150 N Orange Avenue, Suite 100, Orlando, FL 32801

*United States Mail to:*

Ronald Pillay, P.O. Box 421047, Kissimmee, FL 34742

                                                      /s/ Bradley M. Saxton
                                                      Bradley M. Saxton, Esquire
                                                      Florida Bar No. 0855995
                                                      bsaxton@whww.com
                                                      **WINDERWEEDLE, HAINES, WARD**
                                                        **& WOODMAN, P.A.**
                                                      Post Office Box 1391
                                                      Orlando, FL 32802-1391
                                                      (407) 423-4246
                                                      (407) 423-7014 (facsimile)
                                                      Attorneys for Carla P. Musselman, Trustee