UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Ronald Pillay                               Case No. 8:14-bk-10901

DEBTOR.
_____/

PROOF OF SERVICE

    I Hereby Certify that a true and correct copy of the Order Granting Second Motion For Extension of Tiome to File Complaint to Except Discharge Under Section 523 and Objecting to Discharge Under Section 727 of the Bankruptcy Code (Docket No. 50) has been has been mailed first class U.S. Mail postage prepaid on September 14, 2015 to Ronald Pillay PO Box 421047, Kissimmee, FL. 33742 and via electronic mail on September 14, 2015 to the US Trustee Office, 400 W. Washington Street, Suite 1100, Orlando, FL. 32801, Debtor's Counsel Kaufman, Englett and Lloyd, attn: James Scott Mills, 150 N. Orange Ave. Suite 100 Orlando Fl. 32801, Josh Rubin, Esq. 390 N. Orange Ave. Suite 1500, Orlando, FL. 32801 and to Carla P. Musselmen, Trustee 1619 Druid Rd. Maitland, FL. 32751.

_____
Frank A. Principe, Esq.
2805 W. Busch Blvd. Ste. 100
Tampa, FL. 33618
813-629-3696
Attorney for the Creditor