UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

RONALD PILLAY,                                    Case No. 6:14-bk-10901-CCJ

    Debtor.
_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order on Joint Motion for Substitution of Counsel for Creditors, 4 Corners Investment Holdings, LLC and Connection Wise, LLC* (Doc No. 62) was furnished via electronic notice through CM/ECF system to all parties listed thereon on December 3, 2015.

    /s/ Jonathan M. Sykes
    Jonathan M. Sykes, Esq.
    Florida Bar Number: 73176
    E-Mail: jsykes@burr.com
    Secondary E-Mail: lloving@burr.com
    Christopher Thompson, Esq.
    Florida Bar Number: 93102
    E-Mail: crthompson@burr.com
    Secondary E-Mail: dmartinicchio@burr.com
    **Burr & Forman LLP**
    200 S. Orange Avenue, Suite 800
    Orlando, FL 32801
    Phone: (407) 540-6600
    Fax: (407) 540-6601