United States Bankruptcy Court
Middle District of Florida

In re:                                                                       Case No. 14-10901-CCJ
Ronald Pillay                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6        User: gsusan              Page 1 of 1           Date Rcvd: Dec 10, 2015
                            Form ID: pdfdoc3          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2015.
db           +Ronald Pillay,    P.O. Box 421047,    Kissimmee, FL 34742-1047
             +James Scott Mills,    150 N Orange Ave Ste 100,    Orlando, FL 32801-2317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2015 at the address(es) listed below:
              Bradley M Saxton    on behalf of Trustee Carla P Musselman bsaxton@whww.com,
               scolgan@whww.com;arox@whww.com
              Carla P Musselman    cmusselman1@cfl.rr.com,   cmusselman@ecf.epiqsystems.com
              Frank A Principe    on behalf of Creditor    Connection Wise LLC prinlaw@prodigy.net
              Frank A Principe    on behalf of Creditor    4 Corners Investment Holdings LLC prinlaw@prodigy.net
              James Scott Mills    on behalf of Debtor Ronald  Pillay jmills@kelattorneys.com,
               cmountz@kelattorneys.com,khylton@kelattorneys.com,kmountz@kelattorneys.com,
               jjones@kelattorneys.com,gmont@kelattorneys.com,arousis@kelattorneys.com
              Jonathan Sykes    on behalf of Plaintiff    Connection Wise LLC jsykes@burr.com,
               ccrumrine@burr.com;lloving@burr.com;jlindvall@burr.com
              Jonathan Sykes    on behalf of Plaintiff    4 Corners Investment Holdings LLC jsykes@burr.com,
               ccrumrine@burr.com;lloving@burr.com;jlindvall@burr.com
              Monique E Parker    on behalf of Creditor    Island Club at Rocky Point Condominium Association,
               Inc. monique@rabinparker.com
              Peter N Hill    on behalf of Debtor Ronald  Pillay phill@whmh.com,
               kmaples@whmh.com;cbunch@whmh.com;hillecfs@gmail.com
              Peter N Hill    on behalf of Defendant Ronald  Pillay phill@whmh.com,
               kmaples@whmh.com;cbunch@whmh.com;hillecfs@gmail.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 11

ORDERED.

**Dated: December 10, 2015**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                  CASE NO.: 6:14-bk-10901-CCJ

**RONALD PILLAY**

    Debtors.                                                          Chapter 13

_____/

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR RONALD PILLAY

THIS CAUSE came before the Court upon a hearing on October 28, 2015 for consideration upon the Motion for Leave to Withdraw as Counsel of Record for Ronald Pillay (Doc No. 51). The Court considered the Motion, together with the record and finds that the Motion for Leave to Withdraw as Counsel for Ronald Pillay is hereby granted.

Accordingly, it is hereby:

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion for Leave to Withdraw as Counsel of Record for Ronald Pillay is hereby Granted; and

2. All future documents should be served to Debtor at P.O. Box 421047 Kissimmee, FL 34742.

**Attorney, James Scott Mills, Esq., is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the order.**