ORDERED.

Dated: February 22, 2016

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

RONALD PILLAY,                                              Case No. 6:14-bk-10901-CCJ

    Debtor.
_____/

### ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR CREDITORS, 4 CORNERS INVESTMENT HOLDINGS, LLC AND CONNECTION WISE, LLC

**THIS CAUSE** having come before the Court on the Joint Motion for Substitution of Counsel for Creditors, 4 Corners Investment Holdings, LLC and Connection Wise, LLC (Doc No. 69) (the "Joint Motion"). Having reviewed the Joint Motion and being more fully advised in the premises, it is:

**ORDERED:**

1. The Joint Motion is **GRANTED**.

2. All future pleadings and correspondence regarding the above-captioned case should be directed to Michael A. Nardella, Esq. of the law firm Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, Florida 32801. Jonathan M. Sykes, and Christopher Thompson, and Burr & Forman LLP are relieved of all further responsibility in this matter.

26743922 v1

Michael A. Nardella, Attorney for Creditors, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this Order.